# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0104
_____

ROBERTO LABORI,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal -- Original Jurisdiction.


March 27, 2018


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(c)(5)(A).

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Roberto Labori, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.